IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-60323
Summary Calendar
_____


RICKY GALLOWAY,

                                        Plaintiff-Appellee,

versus

CITY OF NEW ALBANY, MISSISSIPPI,

                                        Defendant-Appellant.


_____

Appeal from the United States District Court for
the Northern District of Mississippi
(USDC No. 1:98-CV-396-S-A)
_____

November 15, 2000

Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

      The City of New Albany, Mississippi admits liability but appeals the district

court's award of attorney's fees and damages for emotional distress to Ricky Galloway.

_____

      [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited circumstances
set forth in 5TH CIR. R. 47.5.4.

We agree with the district court that Galloway's testimony supports the award of damages for his fees and for emotional distress.

AFFIRMED